# Notice Recipients

District/Off: 0971–4  User: thawkins  Date Created: 1/14/2010
Case: 10–40157  Form ID: B9I  Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Nestor Oducayen Duldulao | 1438 Sunnybrook Road | Alamo, CA 94507 | |
| jdb | Azucena Alfonso Duldulao | 1438 Sunnybrook Road | Alamo, CA 94507 | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540–5004 | |
| aty | David A. Arietta | Law Offices of David A. Arietta | 700 Ygnacio Valley Rd. #200 | Walnut Creek, CA 94596 |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 10589112 | Aileen Duldulao | 2523 NE 110th Street | Seattle, WA 98125 | |
| 10589113 | American Express | Box 0001 | Los Angeles, CA 90096 | |
| 10589114 | Anderlini Finkelstein Emerick &Smoot | 411 Borel Ave # 501 | San Mateo, CA 94402 | |
| 10589115 | Bank of America | PO Box 15102 | Wilmington, DE 19886–5102 | |
| 10589116 | Bank of America | PO Box 301200 | Los Angeles, CA 90030 | |
| 10589117 | Bank of America Home Loans | PO Box 10219 | Van Nuys, CA 91410 | |
| 10589118 | Capital One | PO Box 60024 | City Of Industry, CA 91716 | |
| 10589119 | Chase | PO Box 15298 | Wilmington, DE 19850 | |
| 10589120 | Chase Home Finance | PO Box 78420 | Phoenix, AZ 85062 | |
| 10589121 | De Souza &Assoc. | One Waters Park Dr #180 | San Mateo, CA 94403 | |
| 10600230 | Discover Bank | DFS Services LLC | PO Box 3025 | New Albany, Ohio 43054–3025 |
| 10589122 | Discover Card | PO Box 30395 | Salt Lake City, UT 84130 | |
| 10589123 | John A. Kithas | Law Offices of John A Kithas | One Embarcadero Center #1020 | San Francisco, CA 94111 |
| 10589124 | Macy's | PO Box 6938 | The Lakes, NV 88901 | |
| 10589125 | Naido &Rosario Duldulao | 14 Pluto Court | Pittsburg, CA 94565 | |
| 10589126 | Nestor Duldulao, Jr. | 1415 6TH aVENUE n 304 | Seattle, WA 98109 | |
| 10589127 | Patelco Credit Union | 156 Second Street | San Francisco, CA 94105 | |
| 10589128 | Paul Smoot | Law Offices of Paul J. Smoot | 1290 Howard Ave #303 | Burlingame, CA 94010 |
| 10589129 | Sears | PO Box 6937 | The Lakes, NV 88901 | |
| 10589130 | Wells Fargo Home Mortgage | PO Box 30427 | Los Angeles, CA 90030 | |

TOTAL: 29