DAVID A. ARIETTA, ESQ. (SBN 167865)
LAW OFFICES OF DAVID A. ARIETTA
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
Telephone: (925) 472-8000
Fax: (925) 472-5925
david@ariettalaw.com

Attorney for Debtors
NESTOR ODUCAYEN DULDULAO
AZUCENA ALFONSO DULDULAO

**The following constitutes
the order of the court. Signed April 30, 2013**

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

NESTOR ODUCAYEN DULDULAO
AZUCENA ALFONSO DULDULAO,

    Debtors.

Case No.: 10-40157 MEH

Chapter 13

**ORDER APPROVING MODIFIED CHAPTER 13 PLAN**

    Upon consideration of Debtors' Motion to Modify Chapter 13 Plan and supporting documents, and good cause appearing therefore:

    IT IS ORDERED THAT the Chapter 13 Plan confirmed on May 14, 2010 is hereby modified as follows:

    1.    Debtors' Chapter 13 Plan term is extended from 36 months to 48 months, and Debtors will continue to pay $425 per month beginning February 2013 for the remainder of their plan

    2.    Debtors are allowed until December 31, 2013 to sell their property (located at 1438 Sunnybrook Road, Alamo, California 94507) and pay $140,000 into their bankruptcy plan.

    3.    This order does not change any other terms of the Plan.

* * END OF ORDER * *

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | NESTOR ODUCAYEN DULDULAO |
| | AZUCENA ALFONSO DULDULAO |
| 4 | 1438 Sunnybrook Road |
| | Alamo, CA 94507 |