DAVID A. ARIETTA, ESQ. (SBN 167865)
LAW OFFICES OF DAVID A. ARIETTA
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
Telephone: (925) 472-8000
Fax: (925) 472-5925
david@ariettalaw.com

Attorney for Debtors
NESTOR ODUCAYEN DULDULAO
AZUCENA ALFONSO DULDULAO

**The following constitutes
the order of the court. Signed October 7, 2013**

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No.: 10-40157 MEH |
| | ) |
| NESTOR ODUCAYEN DULDULAO | ) Chapter 13 |
| AZUCENA ALFONSO DULDULAO, | ) |
| | ) **ORDER APPROVING STIPULATION** |
| Debtors. | ) **RESOLVING TRUSTEE'S OBJECTION** |
| | ) **TO SALE OF REAL PROPERTY** |
| | ) |

    The parties having agreed to the terms set forth in the Stipulation Resolving Trustee's Objection to Sale of Real Property are bound by the terms of their stipulation. The Stipulation Resolving Trustee's Objection to Sale of Real Property, docket entry number 62, is hereby approved and made an Order of the court.

    \*  \*  \*    END OF ORDER    \*  \*  \*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Nestor Duldulao |
| 3 | Azucena Duldulao<br>1438 Sunnybrook Rd |
| 4 | Alamo, CA 94507 |
| 5 | <u>VIA ECF:</u> |
| 6 | Martha G. Bronitsky, Chapter 13 Trustee |