# Notice Recipients

District/Off: 0971−4     User: admin     Date Created: 01/06/2014
Case: 10−40157          Form ID: B18W    Total: 64

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          JPMorgan Chase Bank, National Association, it assignees and/or successors

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak          USTPRegion17.OA.ECF@usdoj.gov
tr          Martha G. Bronitsky                     13trustee@oak13.com
aty         Alexis M. Bornhoft                      ecfcanb@piteduncan.com
aty         David A. Arietta                        david@ariettalaw.com
aty         Ellen Cha                               ecfcanb@piteduncan.com
aty         Jeffrey Totah                           bknotice@mccarthyholthus.com
aty         Jonathan J. Damen                       bknotice@rcolegal.com
aty         Linh K. Tran                            linh.tran@quantum3group.com
aty         William F. McLaughlin                   mcl551@aol.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Nestor Oducayen Duldulao        Po Box 6534        Concord, CA 94524
jdb         Azucena Alfonso Duldulao        Po Box 6534        Concord, CA 94524
cr          GE Money Bank       c/o Recovery Management Systems Corp.       25 SE 2nd Avenue, Suite 1120        Miami, FL 33131−1605
cr          GY Concord LLC         3569 Callan Blvd.        South San Francisco, CA 94080
cr          BAC Home Loans Servicing, LP        Routh Crabtree Olsen, PS        505 N Tustin Ave.        Suite 243        Santa Ana, CA 92705
cr          CR Evergreen, LLC        MS 550        PO Box 91121        Seattle, WA 98111−9221
cr          BAC Home Loans Servicing, L.P.        2380 Performance Dr. Bldg C Mail Stop: R        Richardson, TX 75082
cr          Midland Funding, LLC by American InfoSource LP        PO Box 248897        Oklahoma City, OK 73124−8897
cr          JPMorgan Chase Bank, National Association        Pite Duncan, LLP        c/o Casper J. Rankin        4375 Jutland Drive, Suite 200        PO Box 17933        San Diego, CA 92177−0933
cr          B−Line, LLC        Attn: Steven Kane        P.O. Box 91121        Dept. 550        SEATTLE, WA 98111−9221
cr          East Bay Funding, LLC        c/o Resurgent Capital Services        PO Box 288        Greenville, SC 29603
cr          TDM Total Debt Management        5100 Peachtree Industrial Blvd        Norcross, GA 30071
smg         Labor Commissioner        1515 Clay St.        Room 801        Oakland, CA 94612
smg         State Board of Equalization        Collection Dept.        P.O. Box 942879        Sacramento, CA 94279
smg         CA Employment Development Dept.        Bankruptcy Group MIC 92E        P.O. Box 826880        Sacramento, CA 94280−0001
smg         CA Franchise Tax Board        Special Procedures Bankruptcy Unit        P.O. Box 2952        Sacramento, CA 95812−2952
10738501    Advanta Bank Corp        c/o Becket and Lee LLP        POB 3001        Malvern PA 19355−0701
10589112    Aileen Duldulao        2523 NE 110th Street        Seattle, WA 98125
10589113    American Express        Box 0001        Los Angeles, CA 90096
10693277    American Express Bank FSB        c/o Becket and Lee LLP        POB 3001        Malvern PA 19355−0701
10911148    American Express Bank FSB        c/o Becket and Lee LLP        POB 3001        Malvern PA 19355−0701
10589114    Anderlini Finkelstein Emerick &Smoot        411 Borel Ave # 501        San Mateo, CA 94402
10589115    Bank of America        PO Box 15102        Wilmington, DE 19886−5102
10589116    Bank of America        PO Box 301200        Los Angeles, CA 90030
10589117    Bank of America Home Loans        PO Box 10219        Van Nuys, CA 91410
10903940    CR Evergreen, LLC        MS 550        PO Box 91121        Seattle, WA 98111−9221
10984814    CR Evergreen, LLC        MS 550        PO Box 91121        Seattle, WA 98111−9221
10589118    Capital One        PO Box 60024        City Of Industry, CA 91716
10732917    Capital One Bank (USA), N.A.        by American Infosource Lp As Agent        PO Box 71083        Charlotte, NC 28272−1083
10589119    Chase        PO Box 15298        Wilmington, DE 19850
10589120    Chase Home Finance        PO Box 78420        Phoenix, AZ 85062
10589121    De Souza &Assoc.        One Waters Park Dr #180        San Mateo, CA 94403
10629496    Department Stores National Bank/Macys        Nco Financial Systems, Inc.        PO BOX 4275        NORCROSS, GA 30091
10629497    Department Stores National Bank/Visa        Nco Financial Systems, Inc.        PO BOX 4275        NORCROSS, GA 30091
10600230    Discover Bank        DFS Services LLC        PO Box 3025        New Albany, Ohio 43054−3025
10589122    Discover Card        PO Box 30395        Salt Lake City, UT 84130
12340323    East Bay Funding, LLC        c/o Resurgent Capital Services        PO Box 288        Greenville, SC 29603
10698665    FIA Card Services aka Bank of America        c/o Becket and Lee LLP        POB 3001        Malvern PA 19355−0701
10687860    Fia Card Services, NA As Successor In Interest to        Bank of America NA and Mbna America Bank        1000 Samoset Drive        DE5−023−03−03        Newark, DE 19713
11026206    GY Foods Corporation        c/o William F. McLaughlin, Esq.        1305 Franklin Street, Suite 301        Oakland, CA 94612

| | | | | |
|---|---|---|---|---|
| 10682905 | JPMorgan Chase Bank, N.A. | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 10589123 | John A. Kithas | Law Offices of John A Kithas | One Embarcadero Center #1020 | San Francisco, CA 94111 |
| 10589124 | Macy's | PO Box 6938 | The Lakes, NV 88901 | |
| 11246632 | Midland Funding, LLC by American InfoSource LP | PO Box 248897 | Oklahoma City, OK 73124−8897 | |
| 10589125 | Naido &Rosario Duldulao | 14 Pluto Court | Pittsburg, CA 94565 | |
| 10589126 | Nestor Duldulao, Jr. | 1415 6TH aVENUE n 304 | Seattle, WA 98109 | |
| 10857684 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | POB 41067 | NORFOLK VA 23541 |
| 10589127 | Patelco Credit Union | 156 Second Street | San Francisco, CA 94105 | |
| 10589128 | Paul Smoot | Law Offices of Paul J. Smoot | 1290 Howard Ave #303 | Burlingame, CA 94010 |
| 10589129 | Sears | PO Box 6937 | The Lakes, NV 88901 | |
| 13012082 | TDM Total Debt Management | 5100 Peachtree Industrial Blvd | Norcross, GA 30071 | |
| 12480355 | Wells Fargo Bank, N.A. | Attention Bankruptcy Department | MAC: X7801−014 | 3476 Stateview Blvd    Fort Mill, South Carolina 29715 |
| 10733332 | Wells Fargo Bank, N.A. | BDD Bankruptcy Dept, MAC S4101−08C | 100 W. Washington Street | Phoenix, AZ 85003 |
| 10589130 | Wells Fargo Home Mortgage | PO Box 30427 | Los Angeles, CA 90030 | |

TOTAL: 54